SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Plaintiff
BofI FEDERAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BofI FEDERAL BANK, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:15-cv-2353-BAS-NLS<br><br>**PLAINTIFF BofI'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Hon. Cynthia Bashant<br>Courtroom 4B (Schwartz Courthouse)<br><br>**Date: November 30, 2015**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>**Dept: Courtroom 4B** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT plaintiff BofI Federal Bank ("BofI") requests a preliminary injunction requiring defendant Charles Matthew Erhart ("Erhart"), together with his agents, servants, attorneys, and those persons acting in concert with him, to:

(a) Refrain from disclosing, reviewing, sharing, transmitting, and using any of the BofI Materials that he (Erhart) removed from BofI;

(b) Provide a list of all materials he (Erhart) removed from BofI, including the date the item was taken (referred to as the "Inventory");

(c) Provide a list of all individuals to whom Erhart or his counsel has disclosed each item of Inventory;

(d) Deliver to BofI each item on the Inventory;

(e) Provide a signed verification that the Inventory is accurate, that all items on the Inventory have been returned and that neither he nor his agents, including attorneys, have retained copies of any summaries, extracts and/or other documents that reference any materials in the Inventory;

(f) Provide signed declarations from both Erhart and his counsel confirming that all materials in the Inventory have been returned and that no copies (or summaries of their content) have been retained. Erhart's declaration should also detail the full scope of what he printed, emailed to his personal email account or to third parties, took or retained, and when he printed, emailed, took and/or retained it;

(g) Delete all references to BofI's Confidential Information in his possession, custody or control; and

(h) Stop violating California Penal Code Section 502(c) and 18 U.S.C. Section 1030 et seq, including deleting and destroying BofI's data.

The hearing on this motion will take place before the Honorable Cynthia Bashant in Courtroom 4B of the above-entitled court, located at 221 West Broadway, San Diego, CA 92101 on November 30, 2015.

This motion is made on the grounds that Erhart, an entry level staff auditor at BofI, converted a BofI laptop computer and extracted information from that computer, and then publicly disclosed highly sensitive financial and privileged information to various individuals and the press. Erhart's recently filed complaint for alleged wrongful termination itself discloses attorney-client communications, provides private individual account information, and reveals protected communications with bank regulators. BofI has repeatedly demanded that Erhart cease these unauthorized and illegal public disclosures and that BofI's confidential information be returned. Erhart has refused BofI's reasonable demands. Erhart's misuse of BofI's confidential information by causing it to be published, in among other places, the New York Times and in his complaint, has already caused BofI serious and irreparable harm. Immediately following Erhart's misuse of confidential information, BofI's share value plummeted by over 30% in one day. Erhart's access to and possession of financial information concerning individual BofI clients is an extraordinary breach of such clients' privacy rights, which will cause further irreparable harm to such clients and the BofI itself, since one of the hallmarks of BofI's success as an institution is its reliability in securing client information.

This motion is based on this notice, the Memorandum of Points & Authorities supporting this application, the declarations of Matthew Armstrong, Jan Durrans, Sandra Hill, John C. Tolla, James W. Tomlinson, and Polly Towill, the exhibits filed herewith, and any oral argument which may be presented before the Court.

BofI's counsel provided proper notice of this motion to defendant Erhart through his counsel. (Towill Decl., ¶ 9.) Erhart's attorney is Carol L. Gillam of the Gillam Law Firm. Her address is 11620 Wilshire Boulevard, Suite 900, Los Angeles, California 90025. Her telephone number is (310) 203-9977, and her e-mail address is carol@gillamlaw.com and/or gillamlaw5@gmail.com. BofI expects that Erhart will oppose this motion.

Dated: October 29, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *_/s Polly Towill_*

POLLY TOWILL

Attorneys for Plaintiff
BofI FEDERAL BANK
Email: ptowill@sheppardmullin.com