# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOFI FEDERAL BANK,<br><br>　　　　　Defendant.<br><br>BOFI FEDERAL BANK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES MATTHEW ERHART,<br><br>　　　　　Defendant. | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**JUDGMENT** |

In these consolidated actions, the following claims were submitted to a jury: (1) Charles Matthew Erhart ("Erhart")'s claims against BofI Federal Bank ("BofI") for retaliation in violation of the Sarbanes–Oxley Act of 2002, 18 U.S.C. § 1514A; violation of California Labor Code section 1102.5; wrongful termination in violation of public policy; and defamation; and (2) BofI's claims against Erhart for breach of contract, conversion, breach of the duty of undivided loyalty, negligence, violation

of California Penal Code section 502, and violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5).

The jury found in Erhart's favor on his claims and awarded him a total of $1,500,000 in compensatory damages. (Jury Verdict, ECF No. 314.) The jury denied BofI all relief on its claims. (*Id.*)

Further, all the Court's interlocutory orders are merged into this final judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**

Charles Matthew Erhart recover from BofI Federal Bank:

(1) The sum of $1,500,000 and post-judgment interest thereon as provided by 28 U.S.C. § 1961; and

(2) Compensation for the following, as provided by law, and in amounts to be later determined by the Court: litigation costs, expert witness fees, and reasonable attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 30, 2022

Hon. Cynthia Bashant
United States District Judge